APPROVED and SO ORDERED.
ENTER: 2912: 14237

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Shirley Marrs v. Ethicon, Inc., et al.*<br>Case No. 2:13-cv-32092 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shirley Marrs ("Plaintiff") and Defendants Ethicon, Inc., Ethicon, LLC and Johnson & Johnson ("Defendants"), by and through their undersigned counsel, hereby stipulate that Plaintiff's claims against Defendants be and are dismissed <u>with prejudice</u> in their entirety. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

Dated: July 8, 2015

| | |
|---|---|
| **LAMINACK PIRTLE & MARTINES, LLP**<br><br>/s/ Buffy K. Martines<br>Buffy K. Martines<br>5020 Montrose Boulevard<br>9th Floor<br>Houston, Texas 77006<br>(713) 292-2750<br>buffym@lpm-triallaw.com<br><br>*Attorneys for Plaintiff* | **THOMAS COMBS & SPANN, PLLC**<br><br>/s/ David B. Thomas<br>David B. Thomas<br>300 Summers Street<br>Suite 1380<br>Charleston, West Virginia 25338<br>(304) 414-1800<br>dthomas@tcspllc.com<br><br>*Attorneys for Defendants* |